PER CURIAM.
Affirmed. See New Hampshire Insurance Group v. Harbach, 439 So.2d 1383 (Fla.1983); See Indomenico v. State Farm Mutual Automobile Insurance Co., 388 So.2d 29 (Fla. 3d DCA 1980); State Farm Mutual Automobile Insurance Co. v. Wimpee, 376 So.2d 20 (Fla. 2d DCA 1979) and State Farm Mutual Automobile Insurance Co. v. Kuhn, 374 So.2d 1079 (Fla. 3d DCA 1979).
RYDER, A.C.J., DANAHY, J., and CLARKE, Thomas L., Jr., Associate Judge, concur.